**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**SENIOR JUDGE WILEY Y. DANIEL**

---

| | | | |
|---|---|---|---|
| Date: | July 2, 2013 | Probation: | Sergio Garza |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | Melinda Gonzalez-Hibner |
| E.C.R./Reporter: | Tammy Hoffschildt | | |

---

Criminal Case No: **12-cr-00113-WYD** — Counsel:

UNITED STATES OF AMERICA, — Guy Till

Plaintiff,

v.

**10. ELVIN EDUARDO CRUZ-CRUZ, a/k/a UM-216, a/k/a Eduardo Arnoldo Gamez-Cruz, a/k/a Elvin Francisco Cruz-Cruz, a/k/a Elvin Crus-Crus, a/k/a Elvin Francisco Crus-Crus**, — M. David Lindsey

Defendant.

---

**SENTENCING**

---

**11:46 a.m.** Court in Session - Defendant present (in-custody)

**Change of Plea Hearing - Friday, July 27, 2012, at 10:00 a.m.**
**Plea of Guilty - count One of Superseding Indictment.**

APPEARANCES OF COUNSEL.

Interpreter sworn (Spanish).

Court's opening remarks.

11:49 a.m. Statement and argument on behalf of Government (Mr. Till).

11:58 a.m. Statement and argument on behalf of Defendant (Mr. Lindsey).

12:03 p.m. Statement and argument on behalf of Government (Mr. Till).

12:08 p.m. Statement and argument on behalf of Defendant (Mr. Lindsey).

12:10 p.m. Statement by Defendant on his own behalf (Mr. Cruz-Cruz).

Court makes findings.

**ORDERED:** Government's § 5K1.1 Motion for Downward Departure Based on Substantial Assistance (ECF Doc. No. 442), filed June 27, 2013, is **GRANTED.**

**ORDERED:** Defendant's Sentencing Memorandum and Request for Non-Guideline Sentence [ECF Doc. NO. 358], filed March 19, 2013, is **DENIED.**

**ORDERED:** Defendant be **imprisoned** for **48** months.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years.

**ORDERED:** **Conditions** of **Supervised Release** are:

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X) Defendant shall comply with standard conditions adopted by the Court.

(X) The Court will waive the mandatory drug testing provisions of 18 U.S.C. § 3583(d) for supervised releases cases because it is likely that the defendant will be deported.

(X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

(X) If the defendant is deported, he shall not re-enter the United States illegally. If the Defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:** Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and the defendant's admission to the forfeiture allegation contained in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from the proceeds from the instant offense.

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**12:23 p.m.** Court in Recess - HEARING CONCLUDED.

**TOTAL TIME: :37**